IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. ANTHONY JOSEPH BELTRAN, Defendant. | CR 19-35-GF-BMM<br><br>PRELIMINARY ORDER OF FORFEITURE |
|---|---|

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Anthony Joseph Beltran appeared before the Court on March 10, 2020, and entered a plea of guilty to Counts III and VI contained in the Superseding Indictment. He also admitted the forfeiture allegation. Beltran's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1) and 881(a)(11).

IT IS ORDERED:

THAT Beltran's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1) and 881(a)(11).

- 2014 Dodge Ram 1500 ST Crew Cab, VIN: 3C6RR7KT8EG331979;
- 2010 Cadillac Escalade, VIN: 1GYUKCEF6AR161518;

- 2015 Toyota Scion, VIN: JTKJF5C73F3093329;

- 2004 Ameri Camp Trailer Coach 5th Wheel, VIN: 5M6FE30214S001315;

- 2008 Dodge Challenger, VIN: 2B3LJ74W78H289629;

- $1000.00 in United States currency seized from Kelsey Smith;

- $907.00 in United States currency seized from Jacqueline Kirkaldie's truck;

- $14,185.00 in United States currency seized from Gary Rasmussen's house;

- $1,095.00 in United States currency seized from the 2004 Ameri Camp Trailer Coach 5th Wheel;

- $6330.00 in United States currency seized from David Awberry; and

- $500.00 in United States currency seized from David Awberry and Eric Bolin.

THAT the United States Marshals Service and the Drug Enforcement Administration are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty

or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. §§ 853(a)(1), 853(n)(1), and 881(a)(11) and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Preliminary Order of Forfeiture.

DATED this 18th day of March 2020.

_____
Brian Morris
United States District Court Judge